IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT C. SMITH                          :        CIVIL ACTION
                                         :
         v                               :
                                         :
ACME MARKETS, INC., ET AL.               :        NO.  02-CV-2637


## N O T I C E

*Robert C. Smith v. Acme Markets, Inc., et al.*
**Docket No. 02-cv-2637**


Please be advised that a **SETTLEMENT CONFERENCE** has been scheduled

before the Honorable Berle M. Schiller for **Wednesday, July 24, 2002** at **3:00 P.M.** in

Chambers, **Room 5614.**


_____                    _____
                                            Patricia A. Callahan
                                            Deputy Clerk to Hon. Berle M. Schiller


COPIES FAXED TO:
JUDGE JACOB P. HART  215-580-2163
Edward C. Sweeny, Esq.    610-594-6518
Lois M. Shenk, Esq.        215-587-1444