IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT C. SMITH             :        CIVIL ACTION
                            :
        v.                  :
                            :
ACME MARKETS, ET AL.        :        NO. 02-CV-2637

**O R D E R**

      AND NOW, this 21st day of June, 2002, a settlement conference has been scheduled before the Honorable Berle M. Schiller on **Wednesday, July 24, 2002 at 3:00 P.M.**, in **Room 5614**, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

      The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

      Counsel are directed to fax confidential position papers <u>not longer than 2 pages</u> directly to Chambers (fax. no. 267-299-5073) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issues that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL OR FILED OF RECORD. THIS IS FOR JUDGE SCHILLER'S EYES <u>ONLY</u>**.

_____
Patricia A. Callahan
Deputy Clerk to Hon. Berle M. Schiller