IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT C. SMITH : CIVIL ACTION
:
v. :
: NO.  02-2637
ACME MARKETS, INC.., et al. :

### O R D E R

AND NOW, this 25th day of June, 2002, the following schedule is HEREBY ORDERED in the above captioned matter:

1. All fact and expert discovery (including responses) shall be completed by **OCTOBER 25, 2002;**

2. All dispositive motions and/or Daubert motions shall be filed on or before **DECEMBER 6, 2002,** with courtesy copies hand delivered to chambers on the day of filing;

3. All responses to dispositive motions shall be filed on or before **DECEMBER 20, 2002,** with courtesy copies hand delivered to chambers on the day of filing.

4. All Motions in Limine shall be filed by **DECEMBER 27, 2002**, with courtesy copies hand delivered to chambers on the day of filing.  Responses to Motions in Limine shall be filed by **JANUARY 3, 2003**, with courtesy copies hand delivered to chambers on the day of filing.

5. A Pretrial Stipulation, signed by all counsel, shall be filed by **DECEMBER 27, 2002.** (See Standing Order Re Pretrial Stipulation, attached hereto).

6. A final pretrial conference will take place on **MONDAY, JANUARY 6, 2003 at 10:30 a.m.,** WITH JURY SELECTION AND TRIAL TO COMMENCE IMMEDIATELY THEREAFTER.

BY THE COURT:

_____
Jacob P. Hart
UNITED STATES MAGISTRATE JUDGE

cc:  Faxed to:
G. Melinson, Esq.; J. Schultz, Esq.; G. Benedetti, Esq.; S. Stern, Esq.