IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT C. SMITH                          :              CIVIL ACTION
                                         :
            v.                           :
                                         :
ACME MARKETS, INC., et al.               :              NO.  02-2637
                                         :


O R D E R


**AND NOW, TO WIT:** This 18th  day of July, 2002,
it having been reported that the issues between the parties in the above action have been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

            **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.




**MICHAEL E. KUNZ**, Clerk of Court



**BY:**_____
            Deborah Fetters
            Deputy Clerk




Civ 2 (7/83)
41.1(b)