**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **ROBERT C. SMITH,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ACME MARKETS, INC., ET AL.** | : | |
| **Defendants.** | : | **NO.  02-CV-2637** |


**O R D E R**

**AND NOW**, this        day of July, 2002, upon consideration of the parties' joint request for cancellation of the settlement conference scheduled in this matter, it is hereby **ORDERED** as follows:

1.      In view of the parties' joint expectation that this matter will be resolved by the parties without the Court convening a settlement conference, the settlement conference scheduled for July 24, 2002 at 3:00 p.m. is **CANCELLED**.

2.      The Court's Order of June 21, 2002 (Document No. 8) is **VACATED**.


**BY THE COURT:**



_____
**BERLE M. SCHILLER, J.**